IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01608-CMA-MEH

ANNIE BARKOW,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, Office of Purchase Care,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2015.**

    In the interest of justice, Plaintiff's Uncontested Motion to Amend Complaint [filed October 1, 2015; docket #12] is **granted.** The Clerk of the Court is directed to file the Second Amended Complaint (docket #12-1), and the Defendant shall file an answer or other response to the amended pleading in accordance with Fed. R. Civ. P. 15(a).