IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01608-CMA-MEH

ANNIE BARKOW,

      Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, Office of Purchase Care,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2015.**

      For good cause shown, the Joint Motion for Entry of Protective Order [filed October 1, 2015; docket #14] is **granted.** The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.