IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-01608-CMA-MEH | Date: | January 21, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

ANNIE BARKOW                                               Robert Liechty

   Plaintiffs,

v.

ROBERT A. MCDONALD                                 Susan Prose

   Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**9:44 a.m.**  **Court in session.**

Court calls case. All counsel appeared by telephone.

**ORDERED**:  Following oral argument regarding [27] Motion to Compel Forensic Neuropsychiatric Examination of Plaintiff and for an Expedited Ruling by Defendant, the Court GRANTED the motion.

Counsel for the plaintiff will meet with the expert prior to the examination.

**9:51 a.m.**  **Court in recess.**  Hearing concluded.
Total in-court time  00:07

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.